COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:      Liudmila A. Yuryeva  v.  Delos N. McManus

Appellate case number:    01-12-00988-CV

Trial court case number:  09DCV173747

Trial court:              328th District Court of Fort Bend County

Date motion filed:        January 17, 2014

Party filing motion:     Liudmila A. Yuryeva

It is ordered that the motion filed on January 17, 2014 was timely filed.

It is ordered that the motion is  ⊠ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/Harvey Brown_____

☐ Acting Individually ⊠  Acting for the Court

Panel consists of: Justices Jennings, Sharp, and Brown

Date:  February 6, 2014